1  ERIN C. SMITH (State Bar No. 234852)
2  LESLIE N. HARVEY (State Bar No. 241203)
   COVINGTON & BURLING LLP
3  One Front Street
   San Francisco, CA 94111
   Telephone:     (415) 591-6000
4  Facsimile:     (415) 591-6091
   Email:         lharvey@cov.com
5
6  NEIL K. ROMAN (admitted *pro hac vice*)
   ROGER FORD (admitted *pro hac vice*)
7  COVINGTON & BURLING LLP
   1201 Pennsylvania Ave. N.W.
8  Washington, DC 20004-2401
   Telephone:     (202) 662-6000
9  Facsimile:     (202) 662-6291
   Email:         nroman@cov.com
10 Email:         hhamilton@cov.com
   Email:         rford@cov.com
11
12 Attorneys for Plaintiff
   THE AMERICAN AUTOMOBILE
13 ASSOCIATION, INC.
14
15                  IN THE UNITED STATES DISTRICT COURT
16             FOR THE NORTHERN DISTRICT OF CALIFORNIA
17

| | |
|---|---|
| THE AMERICAN AUTOMOBILE ASSOCIATION, INC., | Civil Case No.:3:09-cv-0510-SI |
| Plaintiff, | **JOINT STIPULATION AND [PROPOSED] ORDER TO CONTINUE HEARING DATE ON DEFENDANTS' MOTION TO DISMISS** |
| v. | |
| DARBA ENTERPRISES, INC.; DARRIN BAGNUOLO; AND DOES 1 THROUGH 10, INCLUSIVE, | |
| Defendants. | |

1    WHEREAS on February 26, 2009, Defendants filed a Motion to Dismiss

2  Pursuant to FRCP 12(b) ("Motion to Dismiss");

3    WHEREAS on March 5, 2009, this Court set the aforementioned Motion to

4  Dismiss for hearing on April 3, 2009;

5    WHEREAS the parties have been engaged in settlement negotiations since the

6  end of February 2009, and these settlement negotiations are ongoing;

7    WHEREAS both parties believe that if given additional time to continue these

8  settlement negotiations, a settlement may be reached, and the Court may not need to hear or rule

9  on the Motion to Dismiss;

10    WHEREAS the Court has not granted any other extensions of time in this case to

11  date, and this requested extension will not affect any other dates in the case; and

12    WHEREAS, the parties, Plaintiff through its counsel of record and Defendants

13  through Darrin Bagnuolo, on behalf of Darba Enterprises, Inc. as its President and on behalf of

14  himself as an individual, have agreed, subject to Court approval, to continue the hearing on the

15  Motion to Dismiss,

16    IT IS HEREBY STIPULATED that the hearing on Defendants' Motion to

17  Dismiss shall, subject to Court approval, be continued from April 3, 2009 to April 24, 2009.

18  Plaintiff's opposition, if any, shall be filed and served no later than April 3, 2009, and any reply

19  brief shall be filed and served by Defendants no later than April 10, 2009.

20

21

22

23

24

25

26

27

28

JOINT STIPULATION AND [PROPOSED] ORDER TO              2
CONTINUE HEARING ON MOTION TO DISMISS
Civil Case No.:3:09-cv-0510-SI

1

2

PLAINTIFF:                                      DEFENDANTS:

3

4

5
Erin C. Smith (State Bar No. 234852)            Darba Enterprises, Inc.

6
Leslie N. Harvey (State Bar No. 241203)           by Darrin Bagnuolo, President

COVINGTON & BURLING LLP
7

One Front Street                               *Defendant, pro se.*
8

San Francisco, CA 94111
9

Telephone:    (415) 591-6000
10

Facsimile:    (415) 591-6091
11

Email:        lharvey@cov.com
12

13

*Attorneys for Plaintiff*
14

*The American Automobile Association, Inc.*       Darrin Bagnuolo
15
                                                  on Behalf of Himself as an Individual
16

OF COUNSEL:
17
                                                *Defendant, pro se.*
Neil K. Roman (admitted *pro hac vice*)
18

Roger Ford (admitted *pro hac vice*)
19

Covington & Burling LLP
20

1201 Pennsylvania Avenue, N.W.
21

Washington, D.C.  20004
22

23

24

25

26

27

28

1

2                                  [PROPOSED] ORDER

Pursuant to the parties' Joint Stipulation to Continue Hearing Date on Motion to Dismiss

3  and GOOD CAUSE APPEARING THEREFORE, IT IS HEREBY ORDERED that the hearing

4  on Defendants' Motion to Dismiss is hereby VACATED and CONTINUED from April 3, 2009

5  to April 24, 2009.  Plaintiff's opposition, if any, shall be filed and served no later than April 3,

6  2009, and any reply brief shall be filed and served by Defendants no later than April 10, 2009.

7

8                 SIGNED this _____ day of _____, 2009.

9

10

11

12                                          _____

13                                     The Honorable Susan Illston

14

15                                   United States District Court
Northern District of California

16

17

18

19

20

21

22

23

24

25

26

27

28