ERICA LOYD (State Bar. No. 262216)
(NV Bar # 10922)
ODUNZE & KANG, LLP

IKENNA ODUNZE (*pro hac vice* application pending)
DARBA ENTERPRISES, INC.
5516 S. Fort Apache Road, Suite 120
Las Vegas, Nevada 89113
Telephone:	(702) 538-7956
Facsimile:	(702) 539-7980
erica@aok-law.com
ike@aok-law.com

*Temporary Counsel For Defendants*
DARBA ENTERPRISES, INC.
DARRIN BAGNUOLO

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE AMERICAN AUTOMOBILE ASSOCIATION, INC. <br> Plaintiff, <br><br> v. <br><br> DARBA ENTERPRISES, INC.; DARRIN BAGNUOLO; AND DOES 1 THROUGH 10, INCLUSIVE, <br><br> Defendants. | Case No.: 3:09-cv-0510-SI <br><br> **STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME TO RESPOND TO COMPLAINT** |

WHEREAS, on April 21, 2009, this Court denied the motion to dismiss of Defendants Darba Enterprises, Inc. and Darrin Bagnuolo, and ordered the Defendants to file answers by May 1, 2009.

1

IT IS HEREBY STIPULATED by and between Defendants, DARBA ENTERPRISES, INC., and DARRIN BAGNUOLO, and the Plaintiff, THE AMERICAN AUTOMOBILE ASSOCATION, INC., that subject to Court approval, Defendants, DARBA ENTERPRISES, INC., and DARRIN BAGNUOLO, shall have up to and including May 22, 2009 to file an Answer to the complaint in the above-captioned matter. If Defendants determine that the Court's April 21, 2009 Order did not preclude a further motion to dismiss[1], and if they elect to file another such motion instead of an Answer, Defendants shall have up to and including May 15, 2009 to file a motion to dismiss. Plaintiff reserves the right to challenge any further motion to dismiss as being barred by the Court's April 21, 2009 Order, as well as all other legal grounds available to it.

Dated this 29th day of April, 2009         By:     /s/ Erica Loyd
                                                    Erica Loyd, Esq.
                                                    Attorneys for the Defendants

Dated this 29th day of April, 2009         By:     /s/ Erin Smith
                                                    Erin Smith, Esq.
                                                    COVINGTON & BURLING LLP
                                                    Attorneys for the Plaintiff


IT IS SO ORDERED

_____
United States District Judge

Dated: _____, 2009

---

[1] The Defendants maintain their objections under rule Fed. R. Civ. P. Rules 12(b)(2), (3), & (6).

## ATTESTATION

I, Erin C. Smith, am the ECF user whose User ID and Password are being used to file the STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME TO RESPOND TO COMPLAINT. In compliance with General Order 45.X.B, I hereby attest that concurrence in the filing of this document has been obtained from signatory Erica Loyd.

DATED: April 29, 2009                COVINGTON & BURLING LLP

                                     By:   /s/ Erin C. Smith
                                           Erin C. Smith