1

2

3

4

5                      IN THE UNITED STATES DISTRICT COURT

6                    FOR THE NORTHERN DISTRICT OF CALIFORNIA

7

8   THE AMERICAN AUTOMOBILE                    No. C 09-00510 SI
    ASSOCIATION, INC.,
9                                              **ORDER DENYING DEFENDANTS'**
                  Plaintiff,                   **MOTION FOR RECONSIDERATION**
10      v.

11  DARBA ENTERPRISES INC., DARRIN
    BAGNUOLO, and DOES 1-10,
12
                  Defendants.
13  _____/

14

15

16      Defendants have filed a combined motion, which includes both a motion for reconsideration of

17  the Court's April 21, 2009 Order denying defendants' motion to dismiss, and motion to dismiss or

18  transfer based on improper venue.  The motion to dismiss or transfer must be re-filed as a separate

    motion.
19
        The motion for reconsideration is improper because defendants failed to seek leave of this Court
20
    before filing it, as required by Civil Local Rule 7-9(a).  Had defendants sought leave of Court, it would
21
    have been denied because defendants have filed to show:
22
            (1) That at the time of the motion for leave, a material difference in fact or law exists
23          from that which was presented to the Court before entry of the interlocutory order for
            which reconsideration is sought; . . . or
24          (2) The emergence of new material facts or a change of law occurring after the time of
            such order; or
25          (3) A manifest failure by the Court to consider material facts or dispositive legal
            arguments which were presented to the Court before such interlocutory order.
26
    *See* Civil Local Rule 7-9(b).  Accordingly, defendants' motion for reconsideration is DENIED.
27
        The question of dismissal or transfer based on improper  venue will be considered when the
28

**United States District Court**
**For the Northern District of California**

1    motion is re-filed and after briefing is completed.

2

3            **IT IS SO ORDERED.**

4

5    Dated: May 6, 2009

6                                                    SUSAN ILLSTON
                                                     United States District Judge

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**United States District Court**
For the Northern District of California

2