ORIGINAL

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE AMERICAN AUTOMOBILE ASSOCIATION, INC.<br><br>Plaintiff,<br><br>v.<br><br>DARBA ENTERPRISES, INC.;DARRIN BAGNUOLO; et. al.<br><br>Defendant. | CASE NO. 3:09-cv-0510-SI<br><br>**(Proposed)**<br>**ORDER GRANTING APPLICATION**<br>**FOR ADMISSION OF ATTORNEY**<br>*PRO HAC VICE* |

Ikenna Odunze, Esq.                    , whose business address and telephone number is 5516 S. Fort Apache Road, Suite 120, Las Vegas, NV 89148; Telephone Number (702) 538-7956 and Fax Number (702) 538-7980.

and who is an active member in good standing of the bar of Nevada having applied in the above-entitled action for admission to practice in the Northern District of California on a pro hac vice basis, representing the Defendants.

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice.* Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing.*

Dated:

_____
United States District Judge Illston