IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE AMERICAN AUTOMOBILE, | No. C 09-00510 SI |
| Plaintiff, | **PRETRIAL PREPARATION ORDER** |
| v. | |
| DARBA ENTERPRISES INC., | |
| Defendant. / | |

It is hereby **ORDERED** pursuant to F.R.C.P. and the Local Rules of this Court:

FURTHER CASE MANAGEMENT: <u>September 25, 2009</u> at <u>3:00 p.m.</u>
Counsel *must* file a joint case management statement seven days in advance of the conference.

DISCOVERY PLAN: Per F.R.Civ.P and Local Rules, subject to any provisions below.

NON-EXPERT DISCOVERY CUTOFF is <u>October 30, 2009</u>.

DESIGNATION OF EXPERTS: <u>9/14/09</u>; REBUTTAL: <u>9/28/09</u>.
Parties **SHALL** conform to Rule 26(a)(2).

EXPERT DISCOVERY CUTOFF is <u>October 30, 2009</u>.

DISPOSITIVE MOTIONS **SHALL** be filed by <u>November 13, 2009</u>;

Opp. Due <u>11/30/09</u>; Reply Due <u>12/17/09</u>;

and set for hearing no later than <u>December 18, 2009</u> at <u>9:00 AM</u>.

PRETRIAL CONFERENCE DATE: <u>March 2, 2010</u> at <u>3:30 PM</u>.

JURY TRIAL DATE: <u>March 15, 2010</u> at <u>8:30 AM.</u>,
Courtroom 10, 19th floor.

TRIAL LENGTH is estimated to be __ days.

SPECIAL DISCOVERY AND PRETRIAL PROVISIONS:

The Court extended the trial dates as indicated above.
Defendant shall produce supplemental initial disclosures providing witness names (if any) by June 12, 2009.
Defendant shall photograph any pages on the website that have changed.

The pretrial conference **SHALL** be attended by trial counsel prepared to discuss all aspects of the case, including settlement. Parties **SHALL** conform to the attached instructions. Plaintiff is ORDERED to serve a copy of this order on any party subsequently joined in this action.
Dated:

SUSAN ILLSTON
United States District Judge