| | |
|---|---|
| 1 | ERIN C. SMITH (State Bar No. 234852) |
| 2 | LESLIE N. HARVEY (State Bar No. 241203)<br>COVINGTON & BURLING LLP |
| 3 | One Front Street, 35th Floor<br>San Francisco, California 94111 |
| 4 | Telephone: (415) 591-6000<br>Facsimile: (415) 591-6091 |
| 5 | E-mail: esmith@cov.com |
| 6 | NEIL K. ROMAN (admitted *pro hac vice*)<br>ROGER A. FORD (admitted *pro hac vice*) |
| 7 | COVINGTON & BURLING LLP<br>1201 Pennsylvania Avenue, N.W. |
| 8 | Washington, D.C. 20004-2401<br>Telephone: (202) 662-6000 |
| 9 | Facsimile: (202) 662-6291<br>E-mail: nroman@cov.com |
| 10 | E-mail: rford@cov.com |
| 11 | *Attorneys for Plaintiff*<br>*The American Automobile Association, Inc.* |

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| THE AMERICAN AUTOMOBILE ASSOCIATION, INC., | Civil Case No.: No. 09-510-SI |
| Plaintiff, | **STIPULATED DISMISSAL** |
| v. | |
| DARBA ENTERPRISES, INC.; DARRIN BAGNUOLO; AND DOES 1 THROUGH 10, INCLUSIVE, | |
| Defendants. | |
| DARBA ENTERPRISES, INC. AND DARRIN BAGNUOLO, | |
| Counterclaimants, | |
| v. | |
| THE AMERICAN AUTOMOBILE ASSOCIATION, INC., | |
| Counterdefendant. | |

STIPULATED DISMISSAL
Civil Case No.: No. 09-510-SI

Pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(ii) and 41(c), Plaintiff The American Automobile Association, Inc. and Defendants Darba Enterprises, Inc. and Darrin Bagnuolo, by and through their undersigned counsel, hereby stipulate that all claims against Defendants, and all counterclaims against Plaintiff, are dismissed without prejudice.

Pursuant to Rule 41(a)(1)(A)(ii), the parties may dismiss this action without a Court order.

July 2, 2009                                  COVINGTON & BURLING LLP

By:
   /s/ Erin Smith
Erin C. Smith
Attorneys for Plaintiff The American
Automobile Association, Inc.

July 1, 2009                                  ODUNZE & KANG, LLP

By:
   /s/ Ikenna Odunze
Ikenna Odunze
Attorneys for Defendants Darba
Enterprises, Inc. and Darrin Bagnuolo

IT IS SO ORDERED
*Susan Illston*
Judge Susan Illston
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

## ATTESTATION

I, Erin C. Smith, am the ECF user whose User ID and Password are being used to file the STIPULATED DISMISSAL. In compliance with General Order 45.X.B, I hereby attest that concurrence in the filing of this document has been obtained from signatory Ikenna Odunze.

DATED: July 2, 2009                         COVINGTON & BURLING LLP

                                            By:    /s/
                                                   Erin C. Smith

STIPULATED DISMISSAL
Civil Case No. 09-510-SI                    2